NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREGORY JOSEPH PODLUCKY, KARLA SUE PODLUCKY,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1043

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00300-RTH, Judge Ryan T. Holte.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

The United States moves for summary affirmance of the United States Court of Federal Claims' judgment that dismissed the action. Gregory Joseph Podlucky and Karla Sue Podlucky submit a document to "hereby withdraw the Appeal at this Court's Case No. 23-1043," ECF No. 11 at 1, which the court construes as a motion to voluntarily dismiss their appeal.

2                                                      PODLUCKY v. US

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellants' motion to voluntarily dismiss is granted, and the appeal is dismissed.

(2)  All other pending motions are denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

December 9, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court

ISSUED AS A MANDATE: December 9, 2022